Dismissed and Opinion filed November 21, 2002









Dismissed and Opinion filed November 21, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01125-CV

____________

 

LOLA COOPER, Appellant

 

V.

 

GLORIA LEE, Appellee

 



 

On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 735,684

 



 

M
E M O R A N D U M   O P I N I O N

This
is an appeal from a judgment signed July 8, 2002.  On November 15, 2002, appellant filed a
motion to dismiss the appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed November 21, 2002.

Panel consists of Justices Yates,
Anderson, and Frost.

Do Not Publish C Tex. R. App. P. 47.3(b).